JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA ROMERO, | Case No. CV 18-9731-GW-MAAx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| WALMART, INC., | |
| Defendant. | |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

     IT IS SO ORDERED.

Dated: August 28, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE